**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7872
FACSIMILE: 213-624-1376

JS-6

Steven J. Elie (State Bar No. 130566)
s.elie@mpglaw.com
Alex H. Aharonian (State Bar No. 231850)
a.aharonian@mpglaw.com

Attorneys for Defendants CITY OF MORRO BAY, CITY COUNCIL OF THE CITY OF MORRO BAY, JANICE PETERS, MELODY DEMERRITT, RICK GRANTHAM, WILLIAM PEIRCE, and BETTY WINHOLTZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANN TRAVERS and BARBARA NORDIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MORRO BAY, a general law city; CITY COUNCIL OF THE CITY OF MORRO BAY; JANICE PETERS; MELODY DEMERRITT; RICK GRANTHAM; WILLIAM PEIRCE; BETTY WINHOLTZ; and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>ST. PETER'S BY THE SEA EPISCOPAL CHURCH IN MORRO BAY, a California non-profit corporation; SPRINT PCS ASSETS, LLC, a Delaware limited liability company; and DOES 26 through 35, inclusive,<br><br>Real Parties in Interest. | Case No. CV08-6822 FMC (Ex)<br><br>[**PROPOSED**] **JUDGMENT IN FAVOR OF DEFENDANTS** |

Pursuant to this Court's December 2, 2008 Order dismissing the First-Amended Complaint with prejudice (Document No. 18),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

619752.1

CV08-6822 FMC (Ex)
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS

judgment is entered in favor of defendants CITY OF MORRO BAY, CITY COUNCIL OF THE CITY OF MORRO BAY, JANICE PETERS, MELODY DEMERRITT, RICK GRANTHAM, WILLIAM PEIRCE, and BETTY WINHOLTZ (collectively, "Defendants") and against plaintiffs ANN TRAVERS and BARBARA NORDIN (collectively, "Plaintiffs"). Plaintiffs shall take nothing by way of the First-Amended Complaint as against all Defendants. Each request for relief contained in the First-Amended Complaint is hereby denied, including but not limited to, Plaintiffs' request for a temporary restraining order, preliminary injunction, permanent injunction, declaratory relief, and peremptory and alternative writ of mandate.

DATED: ~~December~~ 1/12/09, ~~2008~~

*[signature]*
FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT